Docusign Envelope ID: F0526F5D-A42B-4FA1-A15A-09561BE677EF

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Barry Street Holdings LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-3263334 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1930 Avenue M, Suite One<br>Brooklyn, NY 11230 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kings | **Location of principal assets, if different from principal place of business** |
| County | 830 Barry Street Bronx, NY 10474 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Docusign Envelope ID: F0526F5D-A42B-4FA1-A15A-09561BE677EF

Debtor   Barry Street Holdings LLC                                          Case number (if known) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Docusign Envelope ID: F0526F5D-A42B-4FA1-A15A-09561BE677EF

Debtor    Barry Street Holdings LLC                                              Case number (*if known*) _____
         Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000                ☒ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50   million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                ☒ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50   million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Docusign Envelope ID: F0526F5D-A42B-4FA1-A15A-09561BE677EF

| Debtor | Barry Street Holdings LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____     David Goldwasser
Signature of authorized representative of debtor     Printed name

Title    VP of Restructuring

**18. Signature of attorney**

X  /s/ Kevin Nash                                          Date _____
Signature of attorney for debtor                              MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  knash@gwfglaw.com

NY
Bar number and State

---

Docusign Envelope ID: A4594457-175B-438F-AFE6-7266AE636374

**ACTION BY WRITTEN CONSENT**
**OF MEMBER OF**
**BARRY STREET HOLDINGS LLC**

September 10, 2024

 The undersigned constituting the authorized signatory of Barry Steet Holdings LLC, a limited liability company organized under the laws of the State of New York (the "***Company***"), does hereby consent, approve and adopt the following resolutions, with the same force and effect as if duly adopted at a meeting of the members of the Company:

 **WHEREAS**, the undersigned has determined that the commencement by the Company of a bankruptcy proceeding under chapter 11 of title 11 of the United States Code by filing a petition in the United States Bankruptcy Court for the Eastern District of New York for the Company (the "***Bankruptcy Proceedings***") is in the best interest of the Company and its stakeholders.

**NOW, THEREFORE, BE IT:**

 **RESOLVED**, that the undersigned has determined that it is in the best interest of the Company to commence the Bankruptcy Proceedings;

 **RESOLVED FURTHER** that David Goldwasser (VP of Restructuring), be, and is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

 **RESOLVED FURTHER** that the law firm of Goldberg Weprin Finkel Goldstein LLP be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Bankruptcy Proceedings, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Proceedings, and to cause to be filed an appropriate application for authority to retain services of Goldberg Weprin Finkel Goldstein LLP;

 **RESOLVED FURTHER**, that is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as David Goldwasser may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

Docusign Envelope ID: A4594457-175B-438F-AFE6-7266AE636374

**RESOLVED FURTHER**, that all of the acts and transactions taken by David Goldwasser in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**BARRY STREET HOLDINGS LLC**

By: _____

David Goldwasser
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                          Chapter 11

Barry Street Holdings LLC,                                      Case No.

                              Debtor.
---------------------------------------------------------------x

## <u>DECLARATION PURSUANT TO THE LOCAL BANKRUPTCY RULES</u>

David Goldwasser, declares the following under penalties of perjury pursuant to 28 U.S.C.

§ 1746:

1.      I have been engaged as the VP of Restructuring for Barry Street Holdings LLC (the

"<u>Debtor</u>"), charged with the responsibility of overseeing this Chapter 11 case.  I have become

knowledgeable regarding the Debtor's legal and financial status, including the status of discussions

with potential take-out lenders to obtain refinancing of the Debtor's underlying mortgage debt.  As

such, I believe I am qualified to submit this Declaration in accordance with Local Bankruptcy Rule

1007-4 in support of the Debtor's petition under Chapter 11 of the Bankruptcy Code.

2.      The purpose of this Declaration is to outline the Debtor's capital and debt structure,

the events leading to the commencement of the Chapter 11 and the Debtor's reorganization

strategies.

### Debtor's Capital Structure

3.      The Debtor owns a two-story industrial warehouse property located at 830 Barry

Street in the Bronx (the "<u>Property</u>") containing approximately 29,000 square feet.  The Property

is occupied by various tenants and subtenants, 50% of which are currently paying rent.  A copy of

the current rent roll **is** attached to the schedules.

4.    The Property is subject to a first mortgage in the principal sum of $3,937,500 originally issued by Sterling Bank in 2019.  The mortgage matured in May 2023 and was subsequently assigned post-maturity to the current holder, Barry Industrial LLC (the "Secured Creditor").  In somewhat unorthodox fashion, the Secured Creditor did not institute a foreclosure action following maturity.  Instead, the Secured Creditor sued the Debtor and the personal guarantor and obtained a money judgment in the total sum of $4,217,985.56 entered on June 7, 2024.  At this point, whether the Property is in foreclosure or not, the Debtor intends to refinance the property and pay-off the judgment and address unpaid taxes and violations as reconciled and finally adjusted in relatively short order.

### Exit Strategy

5.    The Debtor has been actively seeking a refinancing and believes that LMF Commercial LLC ("LMF"), with an office at 590 Madison Avenue, New York, New York, is a viable potential lender.  LMF is currently conducting due diligence of the Property in conjunction with a potential refinancing of the Property in an amount up to $4,750,000 depending on the overall loan to value ratio.  This refinancing would be sufficient to pay-off the judgment debt in full.

6.    Furthermore, over the last year, the principal of the Debtor has invested approximately $65,000 to make repairs and improvements at the Property to stabilize operations and enhance the ability to obtain lower cost insurance and refinancing.

### Local Rule 1007-4 Disclosures

7.    Pursuant to Local Rule 1007-4(a)(v), no committee of creditors was formed prior to the filing of the Petition.

8.    Pursuant to Local Rule 1007-4(a)(vi), a list of the Debtor's twenty largest creditors will be included as part of the Debtor's bankruptcy schedules to be filed shortly.

9.      Pursuant to Local Rule 1007-4(a)(vii), the Property is subject to the senior mortgage held by the Secured Creditor.

10.     Pursuant to Local Rule 1007-4(a)(viii), the Debtor's respective assets and liabilities will be set forth in the Debtor's bankruptcy schedules.

11.     Pursuant to Local Rule 1007-4(a)(ix), the membership interest of the Debtor is reflected in the schedule of equity holders.

12.     Pursuant to Local Rule 1007-4(a)(x), the Property is not subject to a receivership.

13.     Pursuant to Local Rule 1007-4(a)(xi), the Debtor believes the Property has a current fair market value in the range of approximately $7 million with the potential to achieve an even higher value.

14.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's corporate books and records are maintained under my supervision as the CRO.

15.     Pursuant to Local Rule 1007-4(a)(xiii), the Debtor is not subject to any direct foreclosure action.

16.     Pursuant to Local Rule 1007-4(a)(xiv), I have been engaged by the Debtor as its VP of Restructuring. The Debtor's principal does not receive a salary or other compensation at this time.

Dated: New York, New York
      September 18, 2024

                              */s/ David Goldwasser*
                                David Goldwasser

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                          Chapter 11

Barry Street Holdings LLC,                                       Case No.

                                    Debtor.
--------------------------------------------------------------x

## **LIST OF EQUITY HOLDERS**


Stephen Werdiger        100%



Dated:  New York, New York
        September 18, 2024

                                    Barry Street Holdings LLC



                            By:      _/s/ David Goldwasser_____
                                    Name:  David Goldwasser
                                    Title:   VP of Restructuring

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                          Chapter 11

Barry Street Holdings LLC,                                       Case No.

                                        Debtor.
----------------------------------------------------------------x

## **RULE 7.1 CORPORATE OWNERSHIP STATEMENT**

     Pursuant to Federal Rule of Civil Procedure 7.1, Barry Street Holdings LLC

certifies that it is a private non-governmental party, and has no corporate parent, affiliates

and/or subsidiaries which are publicly held.

Dated:  New York, New York
        September 18, 2024

                                        Barry Street Holdings LLC


                              By:      _/s/ David Goldwasser_____
                                       Name:  David Goldwasser
                                       Title:   VP of Restructuring

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Barry Street Holdings LLC          **CASE NO.:**_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒  NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐  THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.   Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

*/s/ Kevin Nash*
_____

Kevin Nash
Signature of Debtor's Attorney
Goldberg Weprin Finkel Goldstein LLP
125 Park Ave
New York, NY 10017-5690
 Fax:

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.   Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                          Chapter 11

Barry Street Holdings LLC,                                      Case No.

                                    Debtor.
---------------------------------------------------------------x


## E.D.N.Y. LBR 1073-3 STATEMENT

Pursuant to Rule 1073-3 of the E.D.N.Y. Local Bankruptcy Rules, Barry Street

Holdings LLC certifies that there are no entities to report under this subdivision.

Dated:  New York, New York
        September 18, 2024
                                        Barry Street Holdings LLC



                            By:      _/s/ David Goldwasser_____
                                     Name:  David Goldwasser
                                     Title:   VP of Restructuring

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                          Chapter 11

Barry Street Holdings LLC,                       Case No.

                          Debtor.
---------------------------------------------------------------x

### LIST OF LAWSUITS

Barry Industrial LLC v. Barry Street Holdings LLC and Steven Werdiger
Supreme Court, NY County
Commercial - Contract - Commercial Division
Index No. 655440-2023
Plaintiff's Attorney:   Kriss & Feuerstein LLP
                        365 Lexington Avenue, Suite 200
                        New York, NY 10017


Dated:  New York, New York
        September 18, 2024

                                    Barry Street Holdings LLC


                          By:      _/s/ David Goldwasser_____
                                   Name:  David Goldwasser
                                   Title:   VP of Restructuring

**Fill in this information to identify the case:**

Debtor name____Barry Street Holdings LLC_____

United States Bankruptcy Court for the:___EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION___

Case number (if known)_____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................   $ ____7,000,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $ ____219,912.64

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $ ____7,219,912.64

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ ____4,736,424.26

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................   $ ____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ ____36,999.61

4.   **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                                                                   $ ____4,773,423.87

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Barry Street Holdings LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Lakeland Bank | | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   Lakeland Bank | $0.00 |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    Barry Street Holdings LLC _____    Case number *(If known)* _____
        Name

9.    **Total of Part 2.**                                                    | _____ $0.00 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.    ent re e   les s er tt   e rent roll s   e  le

11.    **Accounts receivable**

11a. 90 days old or less:    _____ 9,225.81    -    _____ 0.00  = ....    | _____ $9,225.81 |
            face amount              doubtful or uncollectible accounts

11a. 90 days old or less:    _____ 25,693.92    -    _____ 0.00  = ....    | _____ $25,693.92 |
            face amount              doubtful or uncollectible accounts

11a. 90 days old or less:    _____ 44,517.07    -    _____ 0.00  = ....    | _____ $44,517.07 |
            face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    _____ 107,834.66    -    _____ 0.00  =....    | _____ $107,834.66 |
            face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    _____ 9,989.77    -    _____ 0.00  =....    | _____ $9,989.77 |
            face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    | _____ $197,261.23 |

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

Debtor    Barry Street Holdings LLC          Case number *(If known)* _____
        Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   830 Barry Street, Bronx, NY 10474 | Fee Simple | $7,000,000.00 | N/A | $7,000,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $7,000,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

---

Debtor    Barry Street Holdings LLC
_____          Case number *(If known)* _____
          Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $197,261.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................................> | | $7,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $197,261.23 | + 91b. $7,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,197,261.23 |

# Commercial Rent Roll

### Property: Barry Street Holdings LLC
### As of 09/17/24

| Tenant Name | Unit | Sq Ft | Pro Rata Share | Lease Start | Lease End | Security Deposit | Last Rent Increase | Rent Charges | Annual Rent Sq Ft | Operation Charges | Annual Operation Sq Ft | Total Charges | Annual Charges Sq Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Barry Street Holdings LLC** | | | | | | | | | | | | | |
| Amanzel Organic LLC | 1st Fl Front | 6,600 | 23.83 | 4/1/22 | 3/31/32 | 24,750.00 | 4/1/2024 | 8,752.43 | 15.91 | 0.00 | 0.00 | 8,752.43 | 15.91 |
| Jerusalem of Third Ave | 2 | 14,600 | 52.71 | 4/1/22 | 3/31/32 | 24,165.00 | 4/1/2024 | 13,291.67 | 10.92 | 0.00 | 0.00 | 13,291.67 | 10.92 |
| R&E Interiors LLC | 2nd Fl Back | 6,500 | 23.47 | 12/1/23 | 11/22/33 | 14,000.00 | | 7,000.00 | 12.92 | 0.00 | 0.00 | 7,000.00 | 12.92 |
| Totals for 830 Barry | | 27,700 | | | | 62,915.00 | | 29,044.10 | 12.58 | 0.00 | 0.00 | 29,044.10 | 12.58 |
| Report Totals | | 27,700 | | | | 62,915.00 | | 29,044.10 | 12.58 | 0.00 | 0.00 | 29,044.10 | 12.58 |

# Report Summary

| Detail | Value |
|---|---|
| Total Possible Rent | 29,044.10 |
| Vacancy Rent | 0.00 |
| Occupied Unit Rent | 29,044.10 |
| # of Units | 3 |
| Vacant Units | 0 |
| Occupied Square Footage | 27,700 |
| Occupancy % | 100% |

# Delinquency (Detail)

Property: Barry Street Holdings LLC

*Current tenants as of 09/05/24*

| Tenant Name | Acc | Unit | Unit Type | Charge | Date | Amount |
|---|---|---|---|---|---|---|
| **Barry Street Holdings LLC** | | | | | | |
| Amanzel Organic LLC | 22 | 1st Fl Front | Commercial | Electric Utility | 8/21/24 | 473.38 |
| | | | | Rent Charge | 9/1/24 | 8,752.43 |
| | | | | | | 9,225.81 |
| Jerusalem of Third Avenue Cor | 23 | 2 | Commercial | Water Utility | 10/16/23 | 3,172.41 |
| | | | | Rent Charge | 11/1/23 | 11,546.58 |
| | | | | Electric Utility | 11/8/23 | 679.65 |
| | | | | Electric Utility | 12/15/23 | 1,410.00 |
| | | | | Rent Charge | 1/1/24 | 12,687.50 |
| | | | | Late Charge | 1/5/24 | 634.37 |
| | | | | Water Utility | 1/12/24 | 3,089.27 |
| | | | | Electric Utility | 1/15/24 | 1,165.66 |
| | | | | Rent Charge | 2/1/24 | 12,687.50 |
| | | | | Late Charge | 2/5/24 | 634.37 |
| | | | | Electric Utility | 2/8/24 | 1,723.23 |
| | | | | Rent Charge | 3/1/24 | 12,687.50 |
| | | | | Electric Utility | 3/26/24 | 1,564.49 |
| | | | | Rent Charge | 4/1/24 | 13,291.67 |
| | | | | Electric Utility | 4/1/24 | 1,575.74 |
| | | | | Water Utility | 4/15/24 | 1,407.12 |
| | | | | Rent Charge | 5/1/24 | 13,291.67 |
| | | | | Electric Utility | 5/1/24 | 1,294.26 |
| | | | | Rent Charge | 6/1/24 | 13,291.67 |
| | | | | Electric Utility | 6/26/24 | 1,153.26 |
| | | | | Rent Charge | 7/1/24 | 13,291.67 |
| | | | | Electric Utility | 7/8/24 | 1,037.93 |
| | | | | Water Utility | 7/11/24 | 121.52 |
| | | | | Rent Charge | 8/1/24 | 13,291.67 |
| | | | | Electric Utility | 8/21/24 | 1,188.04 |
| | | | | Electric Utility | 8/29/24 | 1,141.31 |
| | | | | Rent Charge | 9/1/24 | 13,291.67 |
| | | | | | | 152,351.73 |
| R&E Interiors LLC | 47 | 2nd Fl Back | Commercial | Late Charge | 2/15/24 | 167.92 |
| | | | | Late Charge | 3/15/24 | 350.00 |
| | | | | Electric Utility | 3/26/24 | 782.25 |
| | | | | Late Charge | 4/5/24 | 350.00 |
| | | | | Water Utility | 4/15/24 | 639.60 |
| | | | | Late Charge | 5/5/24 | 350.00 |
| | | | | Rent Charge | 6/1/24 | 7,000.00 |
| | | | | Late Charge | 6/5/24 | 350.00 |
| | | | | Electric Utility | 6/25/24 | 2,380.94 |
| | | | | Rent Charge | 7/1/24 | 7,000.00 |
| | | | | Late Charge | 7/5/24 | 350.00 |
| | | | | Electric Utility | 7/8/24 | 518.96 |
| | | | | | 7/10/24 | 500.00 |
| | | | | Rent Charge | 8/1/24 | 7,000.00 |
| | | | | Late Charge | 8/5/24 | 350.00 |
| | | | | Electric Utility | 8/21/24 | 594.02 |
| | | | | Rent Charge | 9/1/24 | 7,000.00 |
| | | | | | | 35,683.69 |

**Total Delinquent for Property:      197,261.23**

# Report Summary

| Detail | Value |
|---|---|
| Tenants: | 3 |
| Percent Delinquent: | 100.00% |
| Delinquent Amount: | 197,261.23 |

**Fill in this information to identify the case:**

Debtor name  Barry Street Holdings LLC

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

**2.1**  Barry Industrial LLC

Creditor's Name

100 Park Avenue, Suite 2805
New York, NY 10017
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/7/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Barry Industrial LLC
2. NYC Department of Finance

**Describe debtor's property that is subject to a lien**
830 Barry Street, Bronx, NY 10474

**Describe the lien**
Judgment
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $4,217,985.56     Column B: $7,000,000.00

---

**2.2**  NYC Department of Finance

Creditor's Name

Legal Affairs, Collection Unit
375 Pearl St, Apt 30
New York, NY 10038
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor.

**Describe debtor's property that is subject to a lien**
830 Barry Street, Bronx, NY 10474

**Describe the lien**
Real Estate Tax
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Column A: $518,438.70     Column B: $7,000,000.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Barry Street Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

Specified on line 2.1

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,736,424.26 |
|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Barry Street Holdings LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | NYS Dept of Taxation and Finance<br>Bankruptcy/Special Procedure<br>PO Box 5300<br>Albany, NY 12205 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,912.41 |
|---|---|---|---|
| | DMT Plumbing & Heating, Corp.<br>388 East 198 Street<br>Bronx, NY 10458 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | Basis for the claim: ___Service provider___<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Barry Street Holdings LLC | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|-----|--------|--------|------|
| | Phillip M Stern & Co | ☐ Contingent | |
| | 2250 59th Street, 2nd Floor | ☐ Unliquidated | |
| | New York, NY 11204 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Professional Services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,087.20 |
|-----|--------|--------|------|
| | Tri State Commercial Real Estate Experts | ☐ Contingent | |
| | 148 39th Street, Suite A07 | ☐ Unliquidated | |
| | Brooklyn, NY 11232 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Professional Services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|------------------------------------------|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 36,999.61 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 36,999.61 |

**Fill in this information to identify the case:**

Debtor name___Barry Street Holdings LLC_____

United States Bankruptcy Court for the:___EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION__

Case number (if known)_____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Commercial lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | Amanzel Organic LLC<br>830 Barry St<br>Bronx, NY 10474 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Commercial lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | Jerusalem of Third Avenue Corp<br>830 Barry St<br>Bronx, NY 10474 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Commercial lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | R&E Interiors LLC<br>830 Barry St<br>Bronx, NY 10474 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Barry Street Holdings LLC_____

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Steven Werdiger | 1930 Avenue M, Suite One Brooklyn, NY 11230 | Barry Industrial LLC | ☒ D ___2.1____ ☐ E/F _____ ☐ G _____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Barry Street Holdings LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DMT Plumbing & Heating, Corp. 388 East 198 Street Bronx, NY 10458 | | Service provider | | | | $2,912.41 |
| NYC Department of Finance Legal Affairs, Collection Unit 375 Pearl St, Apt 30 New York, NY 10038 | | | | | | $518,438.70 |
| Tri State Commercial Real Estate Experts 148 39th Street, Suite A07 Brooklyn, NY 11232 | | Professional Services | | | | $34,087.20 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Barry Street Holdings LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors <span>12/15</span>

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/18/2024          **x**  */s/ David Goldwasser*
                                       Signature of individual signing on behalf of debtor

                                       David Goldwasser
                                       Printed name

                                       VP of Restructuring
                                       Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Amanzel Organic LLC
830 Barry St
Bronx, NY 10474


Barry Industrial LLC
100 Park Avenue, Suite 2805
New York, NY 10017


Barry Industrial LLC
c/o Greg A. Friedman, Esq.
360 Lexington Ave, Suite 1200
New York, NY 10017


Barry Industrial LLC
c/o Michael J. Bonneville, Esq.
360 Lexington Ave, Suite 1200
New York, NY 10017


DMT Plumbing & Heating, Corp.
388 East 198 Street
Bronx, NY 10458


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jerusalem of Third Avenue Corp
830 Barry St
Bronx, NY 10474


New York Environmental Control Board
c/o Corporation Counsel 100 Church St
New York, NY 10007


New York State Attorney General
28 Liberty St
New York, NY 10005-1400


NYC Department of Finance
Legal Affairs, Collection Unit
375 Pearl St, Apt 30
New York, NY 10038


NYC Department of Finance
c/o Corporation Counsel 100 Church St
New York, NY 10007


NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601


NYC Housing Preservation and Dev.
100 Gold Street
New York, NY 10038

NYS Dept of Taxation and Finance
Bankruptcy/Special Procedure PO Box 5300
Albany, NY 12205


Phillip M Stern & Co
2250 59th Street, 2nd Floor
New York, NY 11204


R&E Interiors LLC
830 Barry St
Bronx, NY 10474


Tri State Commercial Real Estate Experts
148 39th Street, Suite A07
Brooklyn, NY 11232